UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL MILES, Individually,

    Plaintiff,

v.

BMAC LIMITED, LLC., a Michigan Limited Liability Company,

    Defendant.

Case No. 1:13-cv-253

**Judge Gordon J. Quist**

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated July 12, 2013 ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2. The Court retains jurisdiction over this matter to enforce the terms Settlement Agreement.

Dated: Sept. 3, 2013       /s/ Gordon J. Quist
                                         U.S. DISTRICT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

<div style="display:flex">
<div>

*Counsel for Plaintiff:*

\s\ Owen B Dunn Jr
Owen B. Dunn, Jr., Esq. (P66315)
Law Office of Owen B. Dunn, Jr.
520 Madison Ave., Suite 330
Toledo, OH 43604
(419) 241-9661 – Phone
(419) 241-9737 – Facsimile
dunnlawoffice@sbcglobal.net

</div>
<div>

*Counsel for Defendant:*

/s/ Edgar Roy III
Edgar Roy III (P36809)
Kuhn, Darling, Boyd & Quandt, PLC
412 S. Union Street
Traverse City, MI 49684
Ph. 231.947.7900
eroy@kdbqlaw.com

</div>
</div>